# United States District Court, Southern District of New York

---------------------------------------------------------------------

LA BARBERA, ET AL.

                  **Plaintiff**

                  v.

SKANSKA KOCH, INC. F/K/A KOCH SKANSKA, INC.

                  **Defendant**

) Index No.: 08CV2367
)
)
)
)
)
)
)
)
)
)

RECEIVED
MAR 1 4 2008
RECEIVED

---------------------------------------------------------------------

STATE OF New York: COUNTY OF New York    ss:

I, HARLIN PARKER, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.   That on MARCH 11, 2008 at 10:40 AM at 400 ROOSEVELT AVENUE, CARTERET, NJ 07008, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS AND NAOMI REICE BUCHWALD on SKANSKA KOCH, INC. F/K/A KOCH SKANSKA, INC. therein named.

**CORPORATION/BUSINESS:**   by delivering thereat a true copy of each to JOANNE PUSKAS personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Red    Glasses: Yes    Approx.  Age: 50    Height: 5'3"
Weight: 160

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Skanska Koch, Inc. f/k/a Koch Skanska, Inc.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this 13th day of March, 2008.

Notary Public                My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28. 2009