UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,
LOUIS BISIGNANO, ANTHONY PIROZZI,
FRANK FINKEL, JOSEPH FERRARA, SR.,
CHRISTOPHER WARD, MARC HERBST
AND THOMAS PIALI, Trustees and Fiduciaries
of the Local 282 Welfare, Pension, Annuity,
Job Training, and Vacation and Sick Leave
Trust Funds,

              Plaintiffs,

    - against -

SKANSKA KOCH, INC.,
f/k/a KOCH SKANSKA, INC.

             Defendant.
-----------------------------------------------------------X

08-CV-2367 (NRB)



## STIPULATION EXTENDING DEFENDANT'S
## TIME TO ANSWER THE SUMMONS AND COMPLAINT

      Plaintiffs, the Trustees and Fiduciaries (the "Trustees") of the Local 282 Welfare,

Pension, Annuity, Job Training, and Vacation and Sick Leave Trust Funds, and Defendant

Skanska Koch, Inc., f/k/a Koch Skanska, through the signatures of their respective attorneys

hereby stipulate and agree to the following:

      1.    Defendant's time to file an Answer to the Summons and Complaint and

Appear in this matter is hereby extended to and including May 14, 2008; and

2. In exchange for said extension, Defendant agrees to waive any and all defenses and/or claims as to personal jurisdiction.

Dated: March 14, 2008
      New York, New York

By: _____
AMIE RAVITZ HOGAN (AR-5095)
FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Attorneys for Plaintiffs

Dated: March ___, 2008
      New York, New York

By: _____
DAVID E. FINCH
SKANSKA
16-16 Whitestone Expressway
Whitestone, NY 11357
(718) 767-2600

Attorney for Defendant

SO ORDERED.

_____
Naomi Reice Buchwald, U.S.D.J.
3/31/08