```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,               *
LOUIS BISIGNANO,  ANTHONY PIROZZI,              *
FRANK FINKEL, JOSEPH FERRARA, SR.,              *
CHRISTOPHER WARD, MARC HERBST                   *
AND THOMAS PIALI, Trustees and Fiduciaries      *
of the Local 282 Welfare, Pension, Annuity,     *     08-CV-2367 (NRB)(FM)
Job Training, and Vacation and Sick Leave       *
Trust Funds,                                    *
                                                *
                        Plaintiffs,             *
                                                *
            - against -                         *
                                                *
SKANSKA KOCH, INC.,                             *
f/k/a KOCH SKANSKA, INC.                        *
                                                *
                        Defendant.              *
-----------------------------------------------------------------X
```

## STATUS REPORT

Plaintiffs are Trustees and Fiduciaries of the Local 282 Welfare, Pension, Annuity, Job Training, and Vacation and Sick Leave Trust Funds (the "Funds"). The Funds are governed by the Employee Retirement Income Security Act, 29 U.S.C. 1001, et seq. ("ERISA"), and various documents including the Agreements and Declarations of Trust, as amended (the "Trust Agreement") and collective bargaining agreements between signatory employers and Local 282, I.B.T. We make this Status Report at the Court's request.

The Board of Trustees of the Local 282 Benefit Funds, Plaintiffs in this case, met on May 27, 2008 and considered the Defendant's most recent proposal regarding attorneys' fees. We wish advise the Court that the parties have not reached an agreement as to attorneys' fees, but are still actively negotiating.

Accordingly, Plaintiffs respectfully request that this case be held in abeyance pending the outcome of the current round of settlement negotiations on the matter of attorneys' fees.

If the Court requires additional information or documentation at this time, Plaintiffs will supply the Court with whatever further information it requires.

Dated: New York, New York
       May 30, 2008

                    _____/S/_____
                    AMIE RAVITZ HOGAN (AR-5095)
                    FREIDMAN & WOLF
                    1500 Broadway, Suite 2300
                    New York, New York 10036
                    (212) 354-4500

                    Attorneys for Plaintiffs