UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,
LOUIS BISIGNANO, ANTHONY PIROZZI,
FRANK FINKEL, JOSEPH FERRARA, SR.,
CHRISTOPHER WARD, MARC HERBST
AND THOMAS PIALI, Trustees and Fiduciaries
of the Local 282 Welfare, Pension, Annuity,     08-CV-2367 (NRB)(FM)
Job Training, and Vacation and Sick Leave
Trust Funds,

                Plaintiffs,

    - against -

SKANSKA KOCH, INC.,
f/k/a KOCH SKANSKA, INC.

                Defendant.
------------------------------------------------------------X

## NOTICE OF DISMISSAL

    The Trustees and fiduciaries of the Local 282 Welfare, Pension, Annuity, Job Training, and Vacation and Sick Leave Trust Funds (the "Funds"), hereby dismiss this action without prejudice against refiling as to Skanska Koch, Inc., f/k/a Koch Skanska, Inc., the sole Defendant in this action.

Dated: New York, New York
       July 1, 2008

                                              Nathan V. Bishop (NB-1880)

                                              FRIEDMAN & WOLF
                                              1500 Broadway, Suite 2300
                                              New York, New York 10036
                                              (212) 354-4500

                                              Attorneys for Plaintiffs