UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,
LOUIS BISIGNANO, ANTHONY PIROZZI,
FRANK FINKEL, JOSEPH FERRARA, SR.,
CHRISTOPHER WARD, MARC HERBST
AND THOMAS PIALI, Trustees and Fiduciaries
of the Local 282 Welfare, Pension, Annuity,       08-CV-2367 (NRB)(FM)
Job Training, and Vacation and Sick Leave
Trust Funds,

                         Plaintiffs,

         - against -

SKANSKA KOCH, INC.,
f/k/a KOCH SKANSKA, INC.

                         Defendant.
-------------------------------------------------------------X



## NOTICE OF DISMISSAL

The Trustees and fiduciaries of the Local 282 Welfare, Pension, Annuity, Job Training, and Vacation and Sick Leave Trust Funds (the "Funds"), hereby dismiss this action without prejudice against refiling as to Skanska Koch, Inc., f/k/a Koch Skanska, Inc., the sole Defendant in this action.

Dated: New York, New York
       July 1, 2008

                                    _____
                                    Nathan V. Bishop (NB-1880)

                                    FRIEDMAN & WOLF
                                    1500 Broadway, Suite 2300
                                    New York, New York 10036
                                    (212) 354-4500

SO ORDERED:   July 3, 2008          Attorneys for Plaintiffs

_____
Naomi Reice Buchwald, U.S.D.J.

Author: NBISHOP Document Number: 130481